IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CRISTINA CORDERO,** individually and as guardian
and next friend of the minor children C.J. and J.J. **PLAINTIFF**

v. CAUSE NO. 1:17CV254-LG-RHW

**PICAYUNE SCHOOL DISTRICT; and FRANK
FORD,** in his official capacity as chief executive
of the Picayune School District **DEFENDANTS**

## JUDGMENT

In accordance with the Court's Order, entered herewith, and granting the Defendants' Motion to Dismiss,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendants. Plaintiff's claims against the defendants are **DISMISSED without prejudice**.

**SO ORDERED AND ADJUDGED** this the 29th day of June, 2018.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE